# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40773
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 23, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GEORGE DAVID REBANT,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CR-720-2

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

George David Rebant, federal prisoner # 93999-279, seeks leave to proceed in forma pauperis (IFP) on appeal. He challenges the denial of his motion for reconsideration of the denial of his IFP motion in the district court. His IFP motion was filed in connection with his appeal of the district court's denial of his 18 U.S.C. § 3582(c)(2) motion seeking a sentence reduction. This court previously dismissed Rebant's appeal from the denial of his § 3582(c)(2)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion. *United States v. Rebant*, No. 15-40773 (5th Cir. Nov. 19, 2015) (order dismissing appeal as untimely).

Rebant does not address the district court's reasons for denying his IFP motion. When an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed that issue. *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *see also* FED. R. APP. P. 28(a)(8). Thus, Rebant's motion to proceed IFP is DENIED, and his appeal is DISMISSED.